(108 So. 919)

**ALABAMA DRY DOCKS & SHIPPING CO.** et al. v. T. H. YOUNG. (1 Div. 404.) (Supreme Court of Alabama. April 8, 1926.) Certiorari to Circuit Court, Mobile County.

PER CURIAM. Dismissed by petitioners.

(106 So. 911)

Conrad W. **AUSTIN** et al. v. W. M. REDDOCK. (4 Div. 161.) (Supreme Court of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. W. W. Sanders, of Elba, and Ball & Beckwith, of Montgomery, for appellants. M. S. Carmichael, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(108 So. 919)

Geo. L. **BAILES**, Guardian, etc., v. Janice NOWELL et al. (6 Div. 647.) (Supreme Court of Alabama. May 27, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge.

PER CURIAM. Affirmed on certificate.

(108 So. 919)

Stephen R. **BATSON** v. STATE. (6 Div. 706.) (Supreme Court of Alabama. April 29, 1926.) Appeal from Circuit Court, Jefferson County; W. L. Parks, Judge.

PER CURIAM. Appeal dismissed by appellant.

(108 So. 919)

H. N. **BOWDRY** v. W. W. CRAWFORD. (6 Div. 952.) (Supreme Court of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County; R. V. Evans, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(107 So. 924)

Ida C. **BREWER** v. Benie S. ELDER. (5 Div. 935.) (Supreme Court of Alabama. April 13, 1926.) Appeal from Probate Court, Chambers County; Chas. E. Fuller, Judge.

PER CURIAM. Appeal dismissed by appellant.

(106 So. 911)

B. L. **BUGG**, Receiver, etc., v. Claude C. COPELAND. (6 Div. 509.) (Supreme Court of Alabama. Nov. 24, 1925.) Appeal from

Circuit Court, Jefferson County; Romaine Boyd, Judge.

PER CURIAM. Appeal dismissed by appellant.

(106 So. 911)

Charlie **BUTLER** v. STATE. (6 Div. 253.) (Supreme Court of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Affirmed on certificate.

(106 So. 911)

William **CARTER** v. STATE. (6 Div. 577.) (Supreme Court of Alabama. Dec. 10, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Second degree murder.

THOMAS, J. The appeal is on the record proper, without bill of exceptions. Finding no error, the judgment is affirmed.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

(106 So. 911)

Mose **CHILDRESS** et al. v. Jane CHILDRESS. (8 Div. 810.) (Supreme Court of Alabama. Feb. 11, 1926.) Appeal from Probate Court, Marshall County; R. H. Williams, Judge.

PER CURIAM. Appeal dismissed by appellants.

(108 So. 919)

Hattie Bell **CHILDS**, alias Harris, v. STATE. (6 Div. 502.) (Supreme Court of Alabama. April 22, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. First degree murder.

PER CURIAM. Affirmed on certificate.

(108 So. 919)

Geo. W. **CLAYTON** et al. v. Ed BULLEN. (8 Div. 807.) (Supreme Court of Alabama. May 18, 1926). Appeal from Law and Equity Court, Franklin County; B. H. Sargent, Judge. See, also, 213 Ala. 9, 104 So. 127.

PER CURIAM. Appeal dismissed for want of prosecution.

(106 So. 911)

H. C. **COBB** v. W. T. SPURGIN. (3 Div. 703.) (Supreme Court of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.